```
McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-07-032 EJG |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| DON KENNETH MYERS, ) | |
| Defendant. ) | |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, April 13, 2007, should be vacated and continued until Friday, May 11, 2007, at 10:00 a.m.

The continuance is necessary to allow defense counsel sufficient time to meet with and advise defendant Myers whether to accept the plea offer of the United States.  The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] up to and including May 11, 2007.

///

    Accordingly, defendant Myers and the United States agree and stipulate that the status conference should be continued until 10:00 a.m. on Friday, May 11, 2007.  Defendant Myers and the United States agree and stipulate that the needs of counsel to evaluate the plea offer and advise her client exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.

Dated: April 9, 2007

                                           McGREGOR W. SCOTT
                                           United States Attorney

                                  By:/s/ Robert M. Twiss
                                      ROBERT M. TWISS
                                      Assistant U.S. Attorney

Dated: April 9, 2007

                                           DON KENNETH MYERS
                                         Defendant

                                  By: /s/ Rachelle Barbour
                                      RACHELLE BARBOUR
                                      Counsel for Defendant

                                ORDER

    IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Friday, May 11, 2007 for further status.

    I find that the  continuance is necessary to allow defense counsel sufficient time to meet with and advise defendant Myers whether to accept the plea offer of the United States.  I further find that the needs of counsel to evaluate the plea offer and advise her client exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded

1  under the Speedy Trial Act due to needs of counsel to prepare
2  [local code T4] up to and including May 11, 2007.
3  Dated: April 10, 2007

```
                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior U.S. District Judge
```

3