DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DON KENNETH MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>     v.                                 )<br>                                        )<br>                                        )<br>                                        )<br> DON KENNETH MYERS,                     )<br>                                        )<br>            Defendant.                  )<br>_____         | NO. CR.S-07-0032-EJG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: June 22, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT TWISS, Supervising Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for May 11, 2007 be continued to June 22, 2007, and that time continue to be excluded for preparation of defense counsel.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to discuss the case with the prosecutor. The parties are discussing a proposed plea agreement.

For this reason, the parties agree that the ends of justice to be

served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through June 22, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: May 9, 2007                      /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: May 9, 2007                      /s/ RACHELLE BARBOUR for
                                        ROBERT TWISS
                                        Supv. Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.** The previously set status conference is continued to June 22, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

```
DATED:   May 9, 2007                    /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge
```

2