```
DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DON KENNETH MYERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0032-EJG |
| Plaintiff, ) | STIPULATION CONTINUING JUDGMENT AND SENTENCING AND PSR SCHEDULE; AND ORDER |
| v. ) | |
| DON KENNETH MYERS, ) | Date: October 12, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through ROBERT TWISS, Supervising Assistant U.S. Attorney, and defendant, DON KENNETH MYERS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing date set for September 21, 2007 be reset for Friday, October 12, 2007 at 10:00 a.m.  The parties also request that the Court extend the following PSR dates:

    Filing of Informal Objections - September 21, 2007

1

Filing of Final PSR – September 28, 2007

Filing of Formal Objections/Motion to Correct – October 5, 2007

Defense counsel has spoken with USPO Thomas Brown who concurs with this request.

This continuance is being requested because the parties need additional time to brief objections and prepare sentencing arguments.

DATED: August 24, 2007        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
DON KENNETH MYERS

McGREGOR W. SCOTT
United States Attorney

DATED:  August 24, 2007        /s/ Rachelle Barbour for
ROBERT TWISS
Supv. Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 27, 2007        /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE