DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DON KENNETH MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DON KENNETH MYERS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-S-07-0032-EJG <br><br> STIPULATION CONTINUING JUDGMENT <br> AND SENTENCING AND PSR SCHEDULE; <br> ORDER <br><br> Date:  November 2, 2007 <br> Time:  10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through ROBERT TWISS, Supervising Assistant U.S. Attorney, and defendant, DON KENNETH MYERS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing date set for October 12, 2007 be reset for Friday, November 2, 2007 at 10:00 a.m.  The parties also request that the Court extend the following PSR dates:

    Filing of Informal Objections - October 12, 2007

1

     Filing of Final PSR – October 19, 2007

     Filing of Formal Objections/Motion to Correct – October 26, 2007

Defense counsel has spoken with USPO Thomas Brown who concurs with this request.

This continuance is being requested because the parties need additional time to brief objections and prepare sentencing arguments.

DATED: September 24, 2007     Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DON KENNETH MYERS

                                   McGREGOR W. SCOTT
                                   United States Attorney

DATED: September 24, 2007     /s/ Rachelle Barbour for
                                   ROBERT TWISS
                                   Supv. Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 27, 2007     /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE