DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DON KENNETH MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> DON KENNETH MYERS,                 )<br>                                    )<br>            Defendant.              )<br>                                    )<br>_____) | No. CR-S-07-0032-EJG<br><br>STIPULATION CONTINUING JUDGMENT<br>AND SENTENCING AND PSR SCHEDULE;<br>ORDER- *as modified\** <br><br>Date:  November 30, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through ROBERT TWISS, Supervising Assistant U.S. Attorney, and defendant, DON KENNETH MYERS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing date set for November 2* (cel), 2007 be reset for Friday, November 30, 2007 at 10:00 a.m.  The parties also request that the Court extend the following PSR dates:

   Filing of Informal Objections - October 9, 2007

1

Filing of Final PSR – November 16, 2007

Filing of Formal Objections/Motion to Correct – November 23, 2007

Defense counsel has spoken with USPO Thomas Brown who concurs with this request.

This continuance is being requested because the parties need additional time to brief objections and prepare sentencing arguments.

DATED: October 15, 2007          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DON KENNETH MYERS


                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED:  October 15, 2007         /s/ Rachelle Barbour for
                                 ROBERT TWISS
                                 Supv. Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 15, 2007          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

2