DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DON KENNETH MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0032-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING JUDGMENT |
| ) | AND SENTENCING AND PSR SCHEDULE; |
| v. ) | AND ORDER |
| ) | |
| DON KENNETH MYERS, ) | |
| ) | Date: December 14, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ROBERT TWISS, Supervising Assistant U.S. Attorney, and defendant, DON KENNETH MYERS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing date set for November 30, 2007 be reset for Friday, December 14, 2007 at 10:00 a.m.  The parties also request that the Court extend the following PSR dates:

Filing of Final PSR – November 30, 2007

1

Filing of Formal Objections/Motion to Correct – December 7, 2007

Defense counsel has spoken with USPO Thomas Brown who concurs with this request.

This continuance is being requested because the parties need additional time to discuss objections with the probation officer and prepare sentencing arguments.

DATED: November 15, 2007           Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Rachelle Barbour
                                          RACHELLE BARBOUR
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          DON KENNETH MYERS

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED:  November 15, 2007          /s/ Rachelle Barbour for
                                          ROBERT TWISS
                                          Supv. Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: November 20, 2007            /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          UNITED STATES DISTRICT JUDGE